```
 1  JOHN L. BURRIS, Esq./ State Bar # 69888
    LAW OFFICES OF JOHN L. BURRIS
 2  Airport Corporate Center
    7677 Oakport Street, Suite 1120
 3  Oakland, CA 94621
    Telephone: (510) 839-5200
 4  Facsimile: (510) 839-3882
    E-mail: john.burris@johnburrislaw.com
 5
    GAYLA B. LIBET, Esq./ State Bar # 109173
 6  LAW OFFICES OF GAYLA B. LIBET
    486  41st Street, # 3
 7  Oakland, CA 94609
    Telephone: (510) 420-0324
 8  Facsimile:  (510) 420-0324
    E-Mail:    Glibet@sbcglobal.net
 9
    Attorneys for Plaintiffs
10
    GREGG A. THORNTON, Esq./ State Bar # 146282
11  KELLI GEORGE, Esq./ State Bar # 225689
    SELMAN BREITMAN LLP
12  33 New Montgomery Street, Sixth Floor
    San Francisco, CA 94105
13  Telephone: (415) 979-0400
    Facsimile: (415) 979-2099
14  E-Mail:  kgeorge@selmanbreitman.com

15  Attorneys for Defendants
16
17                      UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19
    STEVE L. WALKUP; DEBORAH J. OWEN;          No.  C-06-07867-WHA
20  A.W., a minor, by and through her guardian ad
    litem, STEVE L. WALKUP; and, Z.W., a minor,  STIPULATION AND PROPOSED ORDER
21  by and through his guardian ad litem,        EXTENDING TIME FOR COMPLETION OF
    STEVE L. WALKUP,                             EARLY NEUTRAL EVALUATION
22
                   Plaintiffs,
23
    vs.
24
    CITY OF COLMA, a governmental entity;
25  ROBERT L. LOTTI, in his capacity as Chief of Police
    for CITY OF COLMA; ROGER ARREOLA, individually,
26  and in his capacity as a police officer for CITY OF COLMA;
    and DOES 1-25, inclusive,
27
    _____Defendants._____/
28
```

(In the case caption title: "PROPOSED" is struck through.)

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Counsel for plaintiffs informed the Evaluator, Louis A. Leone, Esq., of their need for further time to conduct discovery, and Mr. Leone and defense counsel agree with the extension ot time deadline proposed in this Stipulation. This extension of time for completion of Early Neutral Evaluation is needed so that all parties can engage in a productive Neutral Evaluation hearing.

2. Prior to a meaningful Early Neutral Evaluation, the parties need to conduct the following discovery: Plaintiffs' service of Responses to four sets of Special Interrogatories, and four sets of Requests for Production of Documents (which Responses are not due until 6-27-07); take the depositions of the parties; locate and take the depositions of witnesses; and receive important medical records and billings and wage loss information for plaintiffs (which has been requested, but not yet received); and, defense counsel have just recently served Defendant's Responses to Plaintiffs' Special Interrogatories and Request for Production of Documents, including responsive confidential/privileged documents pursuant to a Stipulated Protective Order. Plaintiffs' counsel need to review this material and decide whether any further discovery is necessitated by information contained in these documents;

3. Mr. Burris is lead counsel and will attend the Early Neutral Evaluation. He and Ms. Libet have been swamped with work in a case wit a lot of witnesses and discovery for the last five weeks, and during this month and July, will also have to conduct a great deal of discovery in several cases;

4. Mr. Burris will be on vacation from June 24th through July 7th 2007 and during the first week of August 2007;

5. Accordingly, the parties, by and through their respective counsel, hereby stipulate and jointly request that the deadline for the occurrence of the Early Neutral Evaluation in this case

be extended from 6-22-07 until 8-22-07, or as soon thereafter as the Court deems appropriate.

LAW OFFICES OF GAYLA B. LIBET

Dated: 6/12/07          By: /s/ Gayla B. Libet
                        GAYLA B. LIBET, Esq.
                        Attorneys for Plaintiffs


LAW OFFICES OF JOHN L. BURRIS

Dated: 6/12/07          By: /s/ John L. Burris
                        JOHN L. BURRIS, Esq.
                        Attorneys for Plaintiffs


SELMAN BREITMAN LLP

Dated: 6/12/07          By: /s/ Kelli E. George
                        GREGG A. THORNTON, Esq.
                        KELLI E. GEORGE, Esq.
                        Attorneys for Defendants

STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR COMPLETION OF EARLY NEUTRAL EVALUATION

3

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 13, 2007

_____
HONORABLE WILLIAM H. ALSUP
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*