**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVE L. WALKUP, DEBORAH J. OWEN, A.W.,
a minor, by and through her guardian ad litem
STEVE L. WALKUP, and Z.W., a minor, by and
through his guardian ad litem STEVE L. WALKUP,

        Plaintiffs,

  v.

CITY OF COLMA, a governmental entity, ROBERT
L. LOTTI, in his capacity as Chief of Police for City
of Colma, ROGER ARREOLA, individually, and in
his capacity as a police officer for City of Colma,
and DOES 1–25, inclusive,

        Defendants.

                          /

No. C 06-07867 WHA

**ORDER SETTING
HEARING ON
DISCOVERY DISPUTE**

     The Court is in receipt of defendants' August 3, 2007, letter concerning a discovery

dispute.  The Court shall hear this discovery dispute on **WEDNESDAY, AUGUST 15, 2007, AT**

**3:30 P.M.** in Courtroom No. 9 at 450 Golden Gate Avenue, San Francisco, California.  Plaintiffs

shall please respond to defendants' letter by **NOON ON THURSDAY, AUGUST 9, 2007**.  Please

note the hearing will not go forward if the parties have not met and conferred.

    **IT IS SO ORDERED.**

Dated:  August 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE