**United States District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    STEVE L. WALKUP, DEBORAH J. OWEN,              No. C 06-07867 WHA
     A.W., a minor, by and through her guardian ad
10   litem STEVE L. WALKUP, and Z.W., a minor,
     by and through his guardian ad litem STEVE
11   L. WALKUP,                                     **ORDER ON DISCOVERY
                                                    DISPUTE**
12                  Plaintiffs,

13         v.

14   CITY OF COLMA, a governmental entity,
     ROBERT L. LOTTI, in his capacity as Chief of
15   Police for City of Colma, ROGER ARREOLA,
     individually, and in his capacity as a police
16   officer for City of Colma, and DOES 1–25,
     inclusive,
17
                    Defendants.
18   _____/

19

20         As described on the record at the hearing, plaintiffs shall have until **AUGUST 31, 2007,** to

21   serve responses to defendants' specially prepared contention interrogatories and requests for

22   production of documents that were originally due on June 25, 2007.  Plaintiffs shall have until

23   **AUGUST 31, 2007**, to serve responses to defendants' requests for admission that were due on

24   August 13, 2007.  The Court will address the issues of sanctions and attorney's fees at a later

25   time if necessary.

26         **IT IS SO ORDERED.**

27

28   Dated:  August 15, 2007.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE