JOHN L. BURRIS, Esq./State Bar #69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./State Bar #109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street #3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
Email: glibet@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE L. WALKUP; DEBORAH J. OWEN; A.W., a minor, by and through her guardian ad litem, STEVE L. WALKUP; and Z.W., a minor, by and through his guardian ad litem, STEVE L. WALKUP,<br><br>Plaintiffs<br><br>vs.<br><br>TOWN OF COLMA, a governmental entity; ROBERT L. LOTTI, in his capacity as Chief of Police for TOWN OF COLMA; ROGER ARREOLA, individually and in his capacity as a police officer for TOWN OF COLMA; JOHN WOOD, individually and in his capacity as a police officer for TOWN OF COLMA; and DOES 1-25, inclusive,<br>_____/ | CASE NO. C 06-07867 WHA<br><br>~~(PROPOSED)~~ ORDER ON PETITION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS |

Honorable William H. Alsup presiding,

The Petition of STEVE L. WALKUP for approval of the

1

proposed compromise of the claim of minors, A.W. and Z.W., against defendant TOWN OF COLMA, hereinafter referred to as "payer", and all other defendants was presented and considered. The Court finds that the facts set forth in said petition are true and that it is in the best interests of the minors that said claim be compromised and settled for the amount stated and that the proceeds for such settlement be paid and deposited in the manner hereinafter specifically provided:

IT IS THEREFORE ORDERED:

    A. That said compromise be and is hereby approved and that upon payment of the sum of $15,000.00, which is the total amount of the settlement sum for all plaintiffs herein approved, in the matter herein provided, the payer and all other defendants herein shall be fully and forever released and discharged of and from all claims, charges, and demands of the adult plaintiffs and said minor plaintiffs arising from the incident mentioned in said petition;

    B. Payer shall disburse the proceeds of the settlement hereby approved in the following manner:

        (1) By one or more checks or drafts payable to the order of STEVE L. WALKUP as guardian ad litem for minors A.W. AND Z.W., and to STEVE L. WALKUP, DEBORAH J. OWEN and to JOHN BURRIS as their attorney entitled to receive payment of the following items of fees and costs which Petitioner authorized and is directed to pay out of the proceeds of the settlement:

Total gross settlement to all plaintiffs:       $15,000.00

(a) Costs hereby fixed and allowed to the LAW OFFICE OF JOHN L. BURRIS:     $ 948.65;

(b) Adult plaintiffs are to receive a check or draft payable from the LAW OFFICES OF JOHN L. BURRIS out of proceeds of settlement as follows:

STEVE L. WALKUP and DEBORAH J. OWEN:     $ 4,451.35.

(2) A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner STEVE L. WALKUP as trustee for minor A.W., in the amount of $2,250 is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name of Petitioner as trustee for said minor, and,

(3) A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner STEVE L. WALKUP as trustee for minor Z.W., in the amount of $2,250 is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name of Petitioner as trustee for said minor.

within seventy-two (72) hours after receiving the check or draft mentioned in Paragraph (1). Petitioner shall make no withdrawal from said account without first obtaining an Order of this Court Authorizing such withdrawal. Bond is hereby waived. A copy of this Order shall be delivered to payer forthwith. Attorney fees are not due or payable until such time as the balance of the funds have been deposited pursuant to the Order; and,

3

C. Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to payer and all other defendants, if Petitioner has not yet done so at that time, a full, complete, and final Release and discharge of and from any and all claims and demands of said minor by reason of the incident described in said Petition and the resulting injuries and damages to said minor.

Dated: January 10, 2008

IT IS SO ORDERED
Judge William Alsup

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

4