GREGG A. THORNTON (SBN 146282)
KELLI E. GEORGE (SBN 225689)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
TOWN OF COLMA; ROBERT L. LOTTI;
ROGER ARREOLA and JOHN WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE L. WALKUP; DEBORAH J. OWEN; A.W., a minor, by and through her guardian ad litem STEVE L. WALKUP; and Z.W., a minor, by and through his guardian ad litem STEVE L. WALKUP,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF COLMA, a governmental entity; ROBERT L. LOTTI, in his capacity as Chief of Police for TOWN OF COLMA; ROGER ARREOLA, individually, and in his capacity as a police officer for TOWN OF COLMA; JOHN WOOD, individually, and in his capacity as a police officer for TOWN OF COLMA; and DOES 2-25, inclusive,<br><br>Defendants. | CASE NO. C06-07867 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be, and hereby is, dismissed with

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

DATED: November 19, 2007    LAW OFFICES OF JOHN L. BURRIS

By: /s/ John L. Burris
JOHN L. BURRIS
Attorneys for Plaintiffs
STEVE L. WALKUP; DEBORAH J. OWEN;
A.W., a minor, by and through her
guardian ad litem STEVE L. WALKUP;
and Z.W., a minor, by and through
his guardian ad litem STEVE L.
WALKUP

DATED: ~~November~~ DECEMBER 10, 2007    SELMAN BREITMAN LLP

By: /s/ Gregg A. Thornton
GREGG A. THORNTON
Attorneys for Defendants
TOWN OF COLMA; ROBERT L. LOTTI;
ROGER ARREOLA and JOHN WOOD

### ORDER

**IT IS HEREBY ORDERED** that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each side to bear its own fees and costs.

DATED: January 11, 2008    By: /s/ William Alsup
THE HONORABLE WILLIAM A. ALSUP
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge William Alsup

2

STIPULATION & ORDER FOR DISMISSAL
C06-07867 WHA

142123.1  555.23346